No. ——. Original. *Ex parte:* IN THE MATTER OF BANCO TERRITORIAL Y AGRICOLA DE PUERTA RICO AND

THE BANCO COMMERCIAL DE PUERTO RICO, TRUSTEES, PETITIONERS. Submitted November 17, 1913. Decided December 1, 1913. Motion for leave to file petition for writ of certiorari denied. *Mr. Frederic D. McKenney* and *Mr. Francis H. Dexter* for the petitioners.